**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CHARITY CALLOWAY,                          :
    Plaintiff,                              :
                                            :
v.                                         :      **CIVIL ACTION NO. 26-CV-3371**
                                            :
SPB HOSPITALITY,                           :
    Defendant.                              :

## ORDER

AND NOW, this 12th day of June, 2026, upon consideration of Plaintiff Charity Calloway's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Request for Appointment of Attorney (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED WITH PREJUDICE**.

4. The Request for Appointment of Attorney (ECF No. 3) is **DENIED** as moot.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                **BY THE COURT:**

                _____

                **MARY KAY COSTELLO, J.**